UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>        v.<br><br>JUAN CAMACHO, aka "Bocho,"<br>LUIS ARMANDO SANCHEZ-PEREZ,<br>and SERGIO MUNOZ GARCIA,<br><br>      Defendants.<br>_____/ | CR. NO. S-07-428 LKK |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>        v.<br><br>RITO BELTRAN-LEON,<br>RENE BELTRAN-LEON, and<br>JUAN CAMACHO,<br><br>      Defendants.<br>_____/ | CR. NO. S-07-170 LKK<br><br>**<u>RELATED CASE ORDER</u>** |

    The court has received the Notice of Related Cases filed September 25, 2007. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a), E.D. Cal. (1997). The indictments in CR. S-07-165

1  LKK and CR. S.07-428 LKK both stem from wiretaps which themselves
2  are related.
3       Because the cases are already assigned to the same district
4  judge, this order is issued for informational purposes only and
5  shall have no effect on the status of the cases.
6       IT IS SO ORDERED.
7       DATED: September 26, 2007.

                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT