GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for JUAN CAMACHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUAN CAMACHO,<br><br>                Defendant. | CR. NO. 2:07-CR-428-LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

Defendant, through counsel, and the United States of America, through Assistant United States Attorney Carolyn K. Delaney, agree that the Status Conference set for December 11, 2007, at 9:30 a.m., be continued to January 29, 2008, at 9:30 a.m., before the Honorable Lawrence K. Karlton.

In addition, it is agreed that the Court should find excludable time through January 29, 2008, pursuant to Local Rule T-4.

Respectfully submitted,

DATED: December 7, 2007        /s/ Gilbert A. Roque
                               GILBERT A. ROQUE, Attorney for
                               JUAN CAMACHO, Defendant

DATED: December 7, 2007        /s/Carolyn K. Delaney
                               CAROLYN K. DELANEY
                               Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: December 7, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT