McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
SAMUEL WONG
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN CAMACHO, et. al., ) <br> ) <br> Defendants. ) <br> _____) | CR NO. S-07-428 LKK <br><br> ORDER RE STATUS CONFERENCE |

On April 8, 2008, at 9:30 a.m., this matter came on for a status conference.  The United States appeared through Assistant United States Attorney Carolyn K. Delaney.  Defendant Juan Camacho appeared with his attorney Gil Roque; defendant Veider Rodriguez-Rivera appeared with his attorney Michael Bigelow. The defendants were assisted by a Spanish interpreter.

The government and the defendants agreed that a further status conference should be scheduled on July 8, 2008, and that time should be excluded until that date based on the need for defense counsel to review the voluminous discovery and prepare (local code T4) and because of the complexity of the case (local code T2).

Accordingly, the Court entered the following orders:

1  For good cause shown, IT IS HEREBY ORDERED THAT:

2  1.  The case is scheduled for a further status conference on
3  July 8, 2008.

4  2.  The time between April 8, 2008 and July 8, 2008 is
5  excluded under the Speedy Trial Act pursuant to Local Code T4,
6  Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give
7  the defendants time to review the discovery and to adequately
8  prepare; and Local Code T2, Title 18, United States Code, Section
9  3161 (h)(8)(B)(ii).  The Court specifically finds that the case is
10 complex and that a continuance is necessary to give the defendants
11 reasonable time to prepare for trial in this matter.  The Court
12 finds that the ends of justice served by granting a continuance
13 outweigh the best interest of the public and defendants in a
14 speedy trial.

17 DATE: April 16, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2