```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Juan Camacho
 6
```

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

```
 9  UNITED STATES OF AMERICA,         )
                                      )Cr. No. 07-428
10          Plaintiff,                )
                                      )ORDER CONTINUING STATUS
11      v.                            )CONFERENCE
                                      )(Oct 21, 2008 before Judge
12   JUAN CAMACHO et al               )Karlton)
            Defendants                )
13  _____)
```

14

15  This matter came on for status conference on September 9, 2008.

16  At the request of the Defense, the Government not objecting, a

17  further status conference is set for October 21, 2008 at 9:15 AM.

18  Time until that date is excluded from the requirements of the

19  Speedy Trial Act due to both complexity and the need for counsel

20  for the Defendants to prepare for trial (Local Codes T2 and T4).

21

22  Dated September 19, 2008

23

24

25                              _____
                                LAWRENCE K. KARLTON
26                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
27

28                                        1