J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Juan Camacho

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
|  | ) Cr. No. 07-428 |
| Plaintiff, | ) |
|  | ) STIPULATION AND (PROPOSED) |
| v. | ) ORDER CONTINUING STATUS |
|  | ) CONFERENCE AND EXCLUDING |
| JUAN CAMACHO, et al | ) TIME UNDER THE SPEEDY TRIAL |
|  | ) ACT |
|  | ) (Feb. 10, 2009 at 9:15 AM |
| Defendant, | ) before Judge Karlton) |
| _____ | ) |

Whereas, there is now set a status conference on February 10, 2009;

Whereas over 2500 pages of discovery have been provided by the Government in the cases involving Juan Camacho;

Whereas all defense counsel need additional time to review the discovery and attempt to resolve the case;

IT IS STIPULATED between the plaintiff, United States of America and the Defendants, by and through their counsel, that the status conference be continued to March 17, 2009 at 9:15 AM

It is further stipulated that time from the date of this stipulation through March 17, 2009 shall be excluded from the time when trial must be commenced under the Speedy Trial Act because the

1

the case is so unusual or complex within the meaning of the Speedy Trial Act, and for defense preparation.  The parties stipulate that these are appropriate exclusions within the meaning of Title 18, U.S. Code Section 3161 (h) (8) (B) (ii) and (iv), and Local Codes T2 and T4.

Dated February 6, 2009           Respectfully submitted,

                                 LAWRENCE G. BROWN
                                 Acting U.S. Attorney

                                 By: /s/Samuel Wong
                                     SAMUEL WONG
                                     Assistant U.S. Attorney
                                 (Per phone authorization)

                                     /s/ Michael Bigelow
                                     MICHAEL BIGELOW
                                 Attorney for Veider Rodriguez-Rivera
                                    (Per phone authorization)

                                     /s/ J Toney
                                     J TONEY
                                 Attorney for Juan Camacho

ORDER

Based on the stipulation of the parties and good cause appearing, the Court adopts the above stipulation in its entirety as its order.  The Court further finds for the reasons given that failure to allow this continuance would deny counsel time for effective preparation and that the ends of justice outweigh the interest of the public and defendants in a speed trial. SO ORDERED.

DATED: February 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2