```
 1  MICHAEL B. BIGELOW
    Attorney at Law  - SBN 65211
 2  428 J Street, Suite 350
    Sacramento, California 95814
 3  Telephone: (916) 443-0217

 4  Attorney for Defendant
    Veider Rodriguez-Rivera
 5
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA    )   No. Cr.S-07-428 LKK
                            )
         Plaintiff          )   STIPULATION AND ORDER CONTINUING
                            )   STATUS
         v.                 )
                            )   Date:     March 31, 2009
VEIDER RODRIGUEZ-RIVERA,    )   Time:     9:15 AM
                            )   Court:    LKK
                            )
         Defendant          )
_____)
```

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Tuesday, March 17, 2009 at 9:15 AM for status conference may be rescheduled for March 31, 2009 at 9:15 AM for status conference.

Whereas over 2500 pages of discovery have been provided by the Government in this matter, and all defense counsel need additional time to review the discovery and attempt to resolve the case;

IT IS STIPULATED between the plaintiff, United States of

-1-

America, and the Defendants, by and through their counsel, that the status conference be continued to March 31, 2009 at 9:15 AM.

It is further stipulated that time from the date of this stipulation through March 31, 2009 shall be excluded from the time when trial must be commenced under the Speedy Trial Act because the case is so unusual or complex within the meaning of the Speedy Trial Act, and for defense preparation. The parties stipulate that these are appropriate exclusions within the meaning of Title 18, U.S. Code Section 3161 (h) (8) (B) (ii) and (iv), and Local Codes T2 and T4.

DATED March 16, 2009          Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        Acting U.S. Attorney

                                        By: /S/SAMUEL WONG
                                             Samuel Wong
                                             Assistant U.S. Attorney
                                             (Per phone authorization)

Dated: March 16, 2009          /S/ MICHAEL B. BIGELOW
                                        Michael B. Bigelow
                                          Attorney for Defendant
                                          Veider Rodriguez-Rivera

Dated: March 16, 2009          /S/ J. TONY
                                          Attorney for Juan Camacho
                                          Per phone authorization)

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court adopts the above stipulation in its entirety as its order. The Court further finds for the reasons given that failure to allow this continuance would deny counsel time for effective preparation and that the ends of justice outweigh the interest of the public and defendants in a speed trial. SO ORDERED.

March 16, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT