```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  NO. CR. S-07-428 LKK
                                )
12              Plaintiff,      )  STIPULATION AND ORDER CONTINUING
                                )  STATUS CONFERENCE AND EXCLUDING
13       v.                     )  TIME UNDER THE SPEEDY TRIAL ACT
                                )
14  JUAN CAMACHO, et al.,       )  Court: Hon. Lawrence K. Karlton
                                )  Date:  April 24, 2009
15              Defendants.     )  Time:  1:30 p.m.
    _____ )
16                              )
                                )
17
18       Whereas, there is currently set a status conference on April
19  24, 2009, at 1:30 p.m.; and
20       Whereas, both defense counsel will need additional time to
21  review the discovery, conduct legal research, conduct additional
22  factual investigation, and communicate with his respective client
23  regarding this case,
24       IT IS HEREBY stipulated between plaintiff United States of
25  America, on the one hand, and defendants Juan Camacho and Veider
26  Rodriguez-Rivera, on the other hand, by and through their
27  respective undersigned counsel, that the previously set April 24,
28  2009, at 1:30 p.m., status conference shall be continued to **May
```

1

| | |
|---|---|
| 1 | **19, 2009, at 9:15 a.m.** |
| 2 | It is further stipulated and agreed between the parties that |
| 3 | the time period from the date of this stipulation, April 22, |
| 4 | 2009, through and including May 19, 2009, shall be excluded from |
| 5 | computation of time within which the trial of the above criminal |
| 6 | prosecution must commenced under the Speedy Trial Act on the |
| 7 | grounds that the case is so unusual or so complex within the |
| 8 | meaning of the Speedy Trial Act due to the large amount of |
| 9 | discovery in this case and for defense preparation as described |
| 10 | in this stipulation. All parties stipulate and agree that these |
| 11 | are appropriate exclusions of time within the meaning of Title |
| 12 | 18, United States Code, Section 3161(h)(8)(B)(ii) and (iv), and |
| 13 | Local Codes T2 and T4. |

Dated: April 22, 2009          Respectfully submitted,

    /s/ Michael Bigelow
MICHAEL BIGELOW
Attorney for defendant
Veider Rodriguez-Rivera
(per email authorization)

    /s/ J. Toney
J. TONEY
Attorney for defendant
Juan Camacho
(per email authorization)

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/Samuel Wong
   SAMUEL WONG
   Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that: (1) given the large amount of discovery involved in this case, the case is unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (2) the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: April 22, 2009

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT