1   LAWRENCE G. BROWN
Acting United States Attorney
2   SAMUEL WONG
Assistant U.S. Attorney
3   501 I Street, Suite 10-100
Sacramento, California  95814
4   Telephone: (916) 554-2772

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,    )   NO. CR. S-07-428  LKK

12              Plaintiff,    )   ORDER EXCLUDING TIME UNDER SPEEDY
                      )   TRIAL ACT, AND SETTING FURTHER
13     v.                 )   STATUS CONFERENCE DATE

14   JUAN CAMACHO, et al.,     )   Court:  Hon. Lawrence K. Karlton

15            Defendants.   )

16 _____ )

17

18      On May 19, 2009, the parties appeared before the Court for a

19 status conference.  Assistant United States Attorney Samuel Wong

20 appeared on behalf of plaintiff United States of America.

21 Michael Bigelow, Esq., appeared with his client, defendant Veider

22 Rodriguez-Rivera.  J. Toney, Esq., appeared with his client,

23 defendant Juan Camacho.

24      The parties requested that the matter be continued to August

25 11, 2009, at 9:15 a.m., for further status conference to allow

26 each defense counsel additional time to prepare his respective

27 client's case due to the unusual and complex nature of this case,

28 especially as it relates to the amount of discovery involved in

1

1 | this court authorized wiretap case.  The parties requested and
2 | agreed that time from May 19, 2009, to, and including, August 11,
3 | 2009, shall be excluded from computation of time within which the
4 | trial of this case must be commenced under the Speedy Trial Act,
5 | pursuant to Local Code T2.
6 |      Based on the representations and stipulations of the
7 | parties, and good cause appearing therefrom, the Court sets a new
8 | status conference hearing on August 11, 2009, at 9:15 a.m.  The
9 | Court orders that time from May 19, 2009, to, and including,
10 | August 11, 2009, shall be excluded from computation of time
11 | within which the trial of this case must be commenced under the
12 | Speedy Trial Act, pursuant to Local Code T2.
13 |      The Court continues to affirm its previous finding that this
14 | case is unusual and complex.  The Court specifically finds that
15 | the ends of justice served by the granting of such continuance
16 | outweigh the interests of the public and defendants in a speedy
17 | trial.
18 |      It is so ordered.
19 |
20 | Dated: June 15, 2009
21 |                                   LAWRENCE K. KARLTON
22 |                                   SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
23 |
24 |
25 |
26 |
27 |
28 |