LAWRENCE G. BROWN
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR NO. S-07-428 LKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER RE STATUS CONFERENCE |
| JUAN CAMACHO, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendants and their counsel, that the status conference currently scheduled for Tuesday, August 11, 2009, should be vacated; and a further status conference should be scheduled for Tuesday, August 25, 2009.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to August 25, 2009, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), for continuity of counsel and defense preparation; and  Local Code T2, Title 18, United States Code, Section 3161 (h)(8)(B)(ii).  The Court specifically finds that the case is complex and that a

1

1 continuance is necessary to give the defendant reasonable time to
2 prepare for trial in this matter.  The Court finds that the ends
3 of justice served by granting a continuance outweigh the best
4 interest of the public and defendants in a speedy trial.

Dated: August 6, 2009                Respectfully submitted,

                                     LAWRENCE G. BROWN
                                     U.S. Attorney

                                     /s/ Carolyn K. Delaney

                                     CAROLYN K. DELANEY
                                     Assistant U.S. Attorney

Dated: August 6, 2009                /s/ J. Toney

                                     J. Toney
                                     Attorney for Juan Camacho

Dated: August 6, 2009                /s/ Michael Bigelow

                                     Michael Bigelow
                                     Attorney for Rodriguez-Rivera

**ORDER**

**IT IS HEREBY ORDERED:** That the status conference set for August 11, 2009 is VACATED; and a further status conference for August 25, 2009 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and August 25, 2009, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to adequately prepare and in the interests of justice; and Local Code T2, Title 18, United States Code, Section 3161 (h)(8)(B)(ii). The Court specifically finds that the case is complex and that a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Dated: August 11, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3