LAWRENCE G. BROWN
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>JUAN CAMACHO, et. al.,<br>        Defendants. | CR NO. S-07-428 LKK<br><br>ORDER RE STATUS CONFERENCE |

On August 25, 2009, at 9:15 a.m., this matter came on for a status conference. The United States appeared through Assistant United States Attorney Carolyn K. Delaney. Defendant Juan Camacho appeared with his attorney J. Toney; defendant Veider Rodriguez-Rivera appeared with his attorney Michael Bigelow. The defendants were assisted by a Spanish interpreter.

The government and the defendants agreed that a further status conference should be scheduled on October 14, 2009, and that time should be excluded until that date based on the need for defense counsel to review the voluminous discovery and prepare (local code T4).

Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1

1. The case is scheduled for a further status conference on October 14, 2009.

2. The time between August 25, 2009 and October 14, 2009 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161 (h)(7)(A), to give the defendants time to review the discovery and to adequately prepare. The Court specifically finds that the case is complex and that a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

DATE: August 26, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2