```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR NO. S-07-289 LKK |
| Plaintiff, | ) | CR.No. S-07-170 LKK |
| | ) | CR.No. S-07-428 LKK |
| v. | ) | STIPULATION AND |
| | ) | ORDER RE STATUS CONFERENCE |
| JUAN CAMACHO, | ) | |
| Defendant. | ) | |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, that the status conference currently scheduled for Tuesday, August 3, 2010, should be vacated; and a further status conference should be scheduled for Tuesday, September 21, 2010.

　　　It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to September 21, 2010, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), for continuity of counsel and defense preparation; and Local Code T2, Title 18, United States Code, Section 3161 (h)(8)(B)(ii).  The Court

specifically finds that the case is complex and that a continuance is necessary to give the defendant reasonable time to prepare for trial in this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: August 2, 2010                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         U.S. Attorney

                                         /s/ Carolyn K. Delaney

                                         CAROLYN K. DELANEY
                                         Assistant U.S. Attorney

Dated: August 2, 2010                    /s/ J. Toney

                                         J. Toney
                                         Attorney for Juan Camacho

**ORDER**

**IT IS HEREBY ORDERED:** That the status conference set for August 3, 2010 is VACATED; and a further status conference for September 21, 2010 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and September 21, 2010, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice; and Local Code T2, Title 18, United States Code, Section 3161 (h)(8)(B)(ii). The Court specifically finds that the case is complex and that a continuance is necessary to give the defendant reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Dated: August 2, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT