1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Juan Camacho
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )
                                    )Cr. No. S 07-170 LKK
10         Plaintiff,                )Cr. No. S 07-428 LKK
                                    )Cr. No. S 07-289 LKK
11     v.                            )
                                    )STIPULATION AND ORDER FOR
12 JUAN CAMACHO, et al               )CONTINUANCE
                                    )(Oct 19, 2010 at 9:15 AM
13                                   )before Judge Karlton)
         Defendant,                 )
14 _____)

15

16      A status conference is now set for September 21 , 2010.

17   The Pre-Plea report in these cases has just been received and

18 Counsel for the Defendant and an interpreter must travel to the

19 Butte County Jail to review the report with the Defendant.

20

21         For that reason, the parties

22 request the following stipulation be approved.

23      IT IS STIPULATED between the plaintiff, United States of

24 America and the Defendant, by and through their counsel that

25 the Status Conference be continued to October 19, 2010 at 9:15 AM.

26 Time for trial has previously been excluded under the Speedy Trial

27 Act due to complexity and counsel preparation, (Local Codes T2 and

28
                                    1

T4.  The parties stipulate that such exclusion be continued until October 19, 2010.

Dated September 19, 2010

    s/s CAROLYN DELANEY                  s/s J TONEY
    Carolyn Delaney                      J Toney
First Assistant U.S. Attorney      Attorney for Defendant

                            ORDER

    SO ORDERED.

DATED: September 20, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2