```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Juan Camacho
 6
```

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

```
 9  UNITED STATES OF AMERICA,       )
                                    )Cr. No. S 07-170 LKK
10          Plaintiff,              )Cr. No. S 07-428 LKK
                                    )Cr. No. S 07-289 LKK
11     v.                           )
                                    )STIPULATION AND ORDER FOR
12  JUAN CAMACHO, et al             )CONTINUANCE
                                    )(Nov. 23, 2010 at 9:15 AM
13                                  )before Judge Karlton)
            Defendant,              )
14  _____)

15
```

16        A status conference is now set for October 19 , 2010.

17    The Pre-Plea report in these cases has  been received and

18   Counsel for the Defendant and an interpreter must travel to the

19   Butte County Jail to review the report with the Defendant. In

20   addition, the United States Attorney prosecuting the case is

21   out of the area until after the date now set for possible change

22   of plea.

23     For those reasons the parties request the following stipulation

24   be approved:

25        IT IS STIPULATED between the plaintiff, United States of

26   America and the Defendant, by and through their counsel that

27   the Status Conference be continued to November 23, 2010 at 9:15 AM.

28
                                      1

1 Time for trial has previously been excluded under the Speedy Trial
2 Act due to complexity and counsel preparation, (Local Codes T2 and
3 T4.  The parties stipulate that such exclusion be continued until
4 November 23, 2010.

Dated October 11, 2010

    s/s CAROLYN DELANEY                  s/s J TONEY
     Carolyn Delaney                     J Toney
First Assistant U.S. Attorney      Attorney for Defendant

ORDER

SO ORDERED.

DATED: October 14, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2