HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUAN CAMACHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 07-428 MCE |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF STIPULATED MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| JUAN CAMACHO, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge:  Honorable MORRISON C. ENGLAND, JR. |

Defendant, JUAN CAMACHO, by and through his attorney, Assistant Federal Defender

Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

Assistant U.S. Attorney Jason Hitt, hereby **WITHDRAW** the first Stipulated Motion and

[lodged] Order to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (CR 137).

Respectfully submitted,

Dated:  December 15, 2015

BENJAMIN B. WAGNER
United States Attorney


/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  December 15, 2015

HEATHER E. WILLIAMS
Federal Defender


/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
JUAN CAMACHO

1

## <u>ORDER</u>

2          Upon the parties' notice, IT IS HEREBY ORDERED that the <u>first</u> Stipulated Motion to

3   Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 137) is WITHDRAWN.

4          IT IS SO ORDERED.

5   Dated:  January 11, 2016

6

7                                    _____
                                     MORRISON C. ENGLAND, JR., CHIEF JUDGE
8                                    UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28